ANDREW CHARLES BLANCHARD, as Parent and Natural Guardian of MAKAYLA DIANA BLANCHARD, an Infant, and as Administrator of the Estate of SARA LYNETTE WELLMON, Deceased, Respondent, v STATE OF NEW YORK, Appellant. [864 NYS2d 360]—Appeal from a judgment of the Court of Claims (Diane L. Fitzpatrick, J.), entered August 14, 2007. The interlocutory judgment, entered upon a nonjury trial, found defendant liable for Sara Lynette Wellmon's accident and wrongful death and ordered a trial on the issue of damages.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.